IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation, and
EDGE CONCRETE CONSTRUCTION, LLC, a Washington state limited liability company,

Plaintiffs,

v.

KIEWIT BUILDING GROUP INC., a Delaware corporation,
DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Second Amended Complaint** [docket no. 26, filed August 28, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Second Amended Complaint for filing.

DATED:  August 29, 2012