IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation, and
EDGE CONCRETE CONSTRUCTION, LLC, a Washington state limited liability company,

Plaintiffs,

v.

DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation,
KIEWIT BUILDING GROUP INC., a Delaware corporation,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
GILBERT CONTRACTING, INC., a Colorado corporation,
HEATING AND PLUMBING ENGINEERS, INC., a Colorado corporation,
INSURANCE COMPANY OF THE WEST, a California corporation,
INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and
WESTERN SURETY COMPANY, a South Dakota corporation,

Third-Party Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters

discussed during the status conference:

IT IS ORDERED:

(1) A scheduling conference is set for **February 27, 2013, at 8:30 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  The parties shall prepare a proposed Scheduling Order and submit it to the court no later than **February 20, 2013**; and

(2) The parties shall complete their Rule 26(a)(1) disclosures on the later of **January 21, 2013**, or within 45 days of service of process.

Dated December 19, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge