IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01382-MSK-BNB | Date: March 11, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| Parties | Attorney(s) *(Counsel listed only once, even if they represent more than one party)* |
|---|---|
| BAKER CONCRETE CONSTRUCTION, INC<br>EDGE CONCRETE CONSTRUCTION, LLC<br>**Plaintiff(s)** | *David S. Chipman*<br>*Reid Allred* |
| v. | |
| KIEWIT BUILDING GROUP, INC<br><br>DENVER ZOOLOGICAL FOUNDATION<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>**Defendant(s)** | *Eugene R. Commander*<br>*Stephen G. Everall*<br>*Tracy Ashmore* |
| KIEWIT BUILDING GROUP<br>**Third Party Plaintiff** | |
| v. | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br>HEATING AND PLUMBING ENGINEERS, INC<br><br><br>LIBERTY MUTUAL INSURANCE COMPANY<br>INSURANCE COMPANY OF THE WEST<br>GILBERT CONTRACTING, INC<br><br><br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY<br>WESTERN SURETY COMPANY<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>**Third Party Defendant(s)** | <br>*Dan Evans*<br>*Brandi Planet*<br>*Matthew Ninneman*<br><br>*Conner Cantrell*<br>*John T. Mauro*<br>*H. Keith Jarvis*<br>*Steven Laman*<br>*Meghan Hungate*<br><br><br>*Andrew D. Thompson* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE/MOTIONS HEARING**

Court in Session:  8:41 a.m.

Appearance of counsel.

Rule 26(a)(1) disclosures: no issues for the Court at this time.

Limitations on discovery accepted as proposed.

Deadline for joinder of parties and amendment of pleadings:  June 17, 2013.

Fact Discovery cut-off:  December 13, 2013.

Expert Discovery cut-off:  March 10, 2014.

The dispositive motion deadline:  January 13, 2014.

Limitations and deadlines on experts accepted as proposed.

All written discovery shall be served such that responses are due by the discovery cut off.

**TRIAL** The Honorable Chief Judge Marcia S. Krieger will set Trial, Trial Preparation Conference and Final Pretrial Conference dates by minute order after dispositive motions are determined. If no dispositive motions are filed, the parties shall contact Chief Judge Krieger's chambers no later than 10 days of the dispositive motions deadline to obtain trial dates. Failure to do so may result in the case being dismissed.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

The Court address [106] Insurance Company of the West's Motion for Leave to Assert Counterclaims, Crossclaims and Fourth-party Claims and [115] Motion for Leave to File Third Amended Complaint.

**ORDERED:**   [115] Motion for Leave to File Third Amended Complaint is GRANTED. The Clerk of Court is directed to accept for filing the Third Amended Complaint. The pleadings are to stand as they exist except as they apply to Kiewet.

[106] Insurance Company of the West's Motion for Leave to Assert Counterclaims, Crossclaims and Fourth-party Claims is DENIED without prejudice. Insurance

       Company of the West is to refile with proposed complaint attached on or before April 11, 2014, if at all.

Court in Recess:  9:16       Hearing concluded.    Total time in Court: 00:35

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119