IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation, and
EDGE CONCRETE CONSTRUCTION, LLC, a Washington state limited liability company,

Plaintiffs,

v.

DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation,
KIEWIT BUILDING GROUP INC., a Delaware corporation,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
GILBERT CONTRACTING, INC., a Colorado corporation,
HEATING AND PLUMBING ENGINEERS, INC., a Colorado corporation,
INSURANCE COMPANY OF THE WEST, a California corporation,
INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and
WESTERN SURETY COMPANY, a South Dakota corporation,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Third-Party Defendant Gilbert Contracting, Inc.'s Unopposed Motion for Leave to Amend Answer to Third-Party Defendant Heating and Plumbing Engineers, Inc.'s Cross-Claims to Assert Cross-Claims Against Third-Defendant Western Surety Company** [docket no. 122, filed March 8, 2013] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is to accept for filing the third-party defendant Gilbert Contracting, Inc.'s Amended Answer with Cross-Claims, which is attached to the Motion.

DATED:  March 11, 2013