IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation,

      Plaintiff,

v.

KIEWIT BUILDING GROUP INC., a Delaware corporation;
DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Plaintiff Baker Concrete Construction Inc.'s Claims for Relief (Motion) **(#137)** filed April 4, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all of Baker's Claims for Relief in this action (all of which are alleged against KBG, DZF and TCSCA) are dismissed with prejudice. The dismissed claims include the First (Breach of Contract against KBG), Second (Negligent Misrepresentation against KBG), Third (Unjust Enrichment against KBG and DZF), and Fourth (Payment on Surety Bond against TCSCA) Claims for Relief. Each party will bear its own costs and attorneys' fees with respect to the dismissed claims. KBG's counterclaims against Baker are not dismissed by virtue of the Motion.

Dated this 4th day of April, 2013.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge