IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation; and
EDGE CONCRETE CONSTRUCTION, LLC, a Washington State limited liability company,

        Plaintiffs,

v.

KIEWIT BUILDING GROUP INC., a Delaware corporation;
DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

        Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation;
GILBERT CONTRACTING, INC., a Colorado corporation;
HEATING AND PLUMBING ENGINEERS, INC., a Colorado corporation;
INSURANCE COMPANY OF THE WEST, a California corporation;
INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation;
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and
WESTERN SURETY COMPANY, a South Dakota corporation,

        Third-Party Defendants.

**ORDER RE: STIPULATED MOTION TO DISMISS CERTAIN CLAIMS and THIRD PARTY DEFENDANT INSURANCE COMPANY OF THE WEST**

This matter coming on before the Court pursuant to the Stipulated Motion of Co-Plaintiff Edge Concrete Construction, LLC, Defendant/Third Party Plaintiff Kiewit Building Group, Inc., Defendant Denver Zoological Foundation, Inc., Defendant Travelers Casualty and Surety Company of America ("TCSCA") and Third-Party Defendant Insurance Company of the West ("ICW") to dismiss certain claims and all claims against ICW, and the Court being advised in the premises it is

hereby ORDERED that:

1. Plaintiff Edge Concrete Construction, LLC's Third Amended Complaint against the Defendants Kiewit Building Group, Inc. and Travelers Casualty and Surety Company of America is dismissed with prejudice;

2. Defendant Kiewit Building Group, Inc.'s cross-claim against the Defendant Denver Zoological Foundation, Inc. is dismissed with prejudice to the extent that it is founded on the Plaintiff Edge Concrete Construction, LLC claims against Kiewit Building Group, Inc., but otherwise the said cross-claim remains as pled;

3. Defendant Kiewit Building Group, Inc.'s Third-Party claims against Third-Party Defendant Insurance Company of the West are dismissed without prejudice.

DATED this 9th day of April, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge