IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01382-MSK-BNB

BAKER CONCRETE CONSTRUCTION, INC., an Ohio corporation; and
EDGE CONCRETE CONSTRUCTION, LLC, a Washington State limited liability company,

       Plaintiffs,

v.

KIEWIT BUILDING GROUP INC., a Delaware corporation;
DENVER ZOOLOGICAL FOUNDATION, INC., a Colorado corporation; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

       Defendants,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation;
GILBERT CONTRACTING, INC., a Colorado corporation;
HEATING AND PLUMBING ENGINEERS, INC., a Colorado corporation;
INSURANCE COMPANY OF THE WEST, a California corporation;
INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation;
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and
WESTERN SURETY COMPANY, a South Dakota corporation,

       Third-Party Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss All Remaining Claims (Motion) **(#142)** filed April 15, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and all of the remaining claims, counterclaims, cross-claims, third-party claims and fourth-party claims are dismissed without prejudice.  To the extent not already released through separate settlement agreements, all parties

reserve all rights to seek recovery in the pending state case for all attorney fees and costs incurred in this case.

DATED this 16th day of April, 2013.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge